**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| LAMAR ADVERTISING OF PENN, LLC | : | No. 11 WAL 2018 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| SOUTHMONT BOROUGH ZONING | : | |
| HEARING BOARD AND BOROUGH OF | : | |
| SOUTHMONT | : | |
| | : | |
| | : | |
| PETITION OF:  BOROUGH OF | : | |
| SOUTHMONT | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.